## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## WESTERN DIVISION

**GEORGE STEWART, JR.**                                             **PLAINTIFF**

**V.**                                                     **CIVIL ACTION NO. 5:06cv177-MTP**

**DR. UNKNOWN HERRINGTON, ET AL.**                       **DEFENDANTS**

### FINAL JUDGMENT

This cause having come before the court on the Motion for Summary Judgment [34] filed by Defendants, and a decision having been duly rendered by separate Opinion and Order [38],

IT IS ORDERED AND ADJUDGED:

That this action is DISMISSED with prejudice. All pending motions are denied as moot.

THIS, the 12th day of August, 2008.

_/s/ Michael T. Parker_
Michael T. Parker
United States Magistrate Judge